UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| Tianxiong Yin<br>Changshun Jin | **STIPULATION AND<br>ORDER OF DISMISSAL<br><u>WITHOUT PREJUDICE</u>** |
| Plaintiffs,<br>v. | Civil Action No.<br>CV-19-5391 |
| Kevin McAleenan, Acting Secretary<br>    Department of Homeland Security<br>Kenneth Cuccinelli, Acting Director<br>    U.S. Citizenship and Immigration Services | (Cogan, J.) |
| Defendants. | |

------------------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action that:

1. This action shall be dismissed without prejudice, with each party to bear its own costs, expenses, and fees.

2. The Clerk of the Court is directed to enter judgment accordingly.

Dated: New York, New York
      October 21, 2019           Stuart Altman
                                      Attorney at Law
                                      2 Allen Street
                                      Suite 3G
                                      New York, New York 10002

                          By:    /s/ Stuart Altman
                                   Stuart Altman

*Yin et al. v. McAleenan et al.,* **19-cv-5391 (Cogan, J.)**
**Stipulation and Order of Dismissal Without Prejudice**
**Page 2**

Dated: Brooklyn, New York  RICHARD P. DONOGHUE
      October 21, 2019  United States Attorney
*Attorney for Defendants*
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

By: */s/ Jeanne L. Hughes*
Jeanne L. Hughes
Special Assistant U.S. Attorney
(202) 251-9773
Jeanne.L.Hughes@uscis.dhs.gov
Jeanne.Hughes@usdoj.gov

SO ORDERED this
 21st day of  October           , 2019

_____
HONORABLE BRIAN M. COGAN
United States District Judge